McDONOUGH HOLLAND & ALLEN PC
HARRIET A. STEINER (SBN 109436)
KARA K. UEDA (SBN (SBN 210044)
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8334

Attorneys for Defendants/Respondents City of Davis
and City Council of the City of Davis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO VALLEY LIMITED PARTNERSHIP, a California limited partnership dba VERIZON WIRELESS,<br><br>          Plaintiff and Petitioner,<br><br>     v.<br><br>CITY OF DAVIS; and CITY COUNCIL OF THE CITY OF DAVIS,<br><br>          Defendants and Respondents. | No. S-04-0744 LKK DAD<br><br>**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS PENDING SETTLEMENT**<br><br>Hearing :    July 18, 2005<br>Time:         10:00 a.m.<br>Courtroom:  4<br>Judge:        Hon. Lawrence K. Karlton |

### STIPULATED MOTION TO STAY ALL PROCEEDINGS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Pursuant to Local Rule 83-143, Plaintiff and Petitioner Verizon Wireless and Defendants and Respondents the City of Davis and City Council of the City of Davis hereby move this Court to stay all proceedings in this case and request that all future dates and deadlines, including the date of trial, set forth in the Court's Status (Pretrial Scheduling) Conference Order dated April 22, 2005 be vacated stayed pursuant to this stipulation.

The parties request a stay as they are in the process of settling this case.  The parties have drafted a settlement agreement,, attached hereto as Exhibit A, but settlement is contingent, however, on the Davis Planning Commission's approval of Verizon's Conditional Use Permit application.  As tThe Planning Commission's decision may be appealed by any interested person, including Verizon



1  or a member of the public, to the City Council. , tThe parties cannot guarantee that either the
2  Planning Commission or this case will settle. As the parties cannot predict when or if the Planning
3  Commission or the City Council will approve Verizon Wireless' Conditional Use Permit
4  application.,

5  and iIn the interest of conserving both the parties' and the Court's resources, the parties
6  hereby request that all matters in this case be stayed in accordance with the attached Settlement
7  Agreement until, and including, January 30, 2006. Pursuant to the attached Settlement Agreement,
8  iIf this case is not settled by the last dateJanuary 30, 2006, permissible under the Settlement
9  Agreement, the parties will so inform this Court and shall request a revised Scheduling Order. If
10 settlement of this case is reached on terms acceptable to Verizon Wireless, and as set forth in the
11 Settlement Agreement, Verizon Wireless will dismiss its lawsuit.

12 Accordingly, the parties in this case respectfully request that the Court grant the requested
13 stay and vacate stay all future dates and deadlines set forth in the Court's Status (Pretrial Scheduling)
14 Conference Order dated April 22, 2005, until January 30, 2006. The parties have reserved a hearing
15 date but respectfully request that this stipulation be signed without oral argument.

18 DATED: June ____, 2005        McDONOUGH HOLLAND & ALLEN PC
                                 Attorneys at Law

20                               By: signature on original
                                     HARRIET A. STEINER
                                     KARA K. UEDA

22                               Attorneys for Defendants/Respondents
                                 City of Davis and City Council of the City of Davis

24 DATED: June ____, 2005        MACKENZIE & ALBRITTON

25                               By: signature on original
                                     JAMES A. HEARD

26                               Attorneys for Plaintiff/Petitioner Verizon Wireless

1     IT IS ORDERED that the above-captioned case is STAYED until January 30, 2006.

2 DATED: July 11, 2005

4                                       /s/Lawrence K. Karlton
                                        Hon. Lawrence K. Karlton

